**Philip GORDON, Appellant, v. Thaddeus B. KLECKNER, Appellee.**

No. 101.

Circuit Court of Appeals, Second Circuit.

Nov. 27, 1942.

Nathan B. Fogelson, of New York City, for appellant.

N. William Welling, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on the opinion below, In re Gordon, 44 F.Supp. 581.

**NATIONAL MOTORSHIP CORPORATION, Plaintiff-Appellee, v. Jane M. HOEY, as Executrix of the Estate of James J. Hoey, Deceased, Defendant-Appellant.**

No. 100.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1942.

Mathias F. Correa, U. S. Atty., of New York City (William L. Lynch, Asst. U. S. Atty., of New York City, of counsel), for appellant.

Courtland Palmer, of New York City, for appellee.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

FRANK, Circuit Judge.

This appeal presents the same issue as United Shipyards v. Hoey, 2 Cir., 131 F.2d 525, decided today; the facts of the two cases are substantially similar. On the basis of that decision, judgment here is reversed.

**CHELTENHAM & ABINGTON SEWERAGE CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8134.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 19, 1942.

Decided Dec. 7, 1942.

George Henry Huft, of Philadelphia, Pa., for petitioner.

Arthur Manella, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS, and GOOD-RICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed.